UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:12-mc-00155-GCM

| | |
|---|---|
| ALEXSAM, INC.<br><br>           **Plaintiff,**<br>v.<br><br>BEST BUY STORES LP; BARNES & NOBLE, INC.; BARNES & NOBLE MARKETING SERVICES CORP.; THE GAP, INC.; DIRECT CONSUMER SERVICES, LLC; HOME DEPOT U.S.A., INC.; HOME DEPOT INCENTIVES, INC.; J.C. PENNY COMPANY, INC.; MCDONALD'S CORPORATION; P2W, INC.; NFP; TOYS "R" US, INC.; AND TRU-SVC, LLC,<br><br>           **Defendants.** | **ORDER** |

This matter comes before the Court on Respondent Bank of America, N.A.'s Unopposed Motion to Seal. Based on the papers filed with the Court, the consent of counsel for Alexsam, and for good cause shown, IT IS ORDERED that Bank of America, N.A.'s Unopposed Motion to Seal is GRANTED, and that Respondent Bank of America, N.A. should file its Opposition to Motion to Compel under seal.

Signed: October 19, 2012

Graham C. Mullen
United States District Judge