IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-mc-155-GCM

| | |
|---|---|
| ALEXSAM, INC., )<br>                               **Plaintiff,** )<br>        v.                         )<br>                                  )<br>BEST BUY STORES LP, *et al,* )<br>                      **Defendants.** )<br>                                  ) | **ORDER GRANTING<br>ADMISSION PRO HAC VICE** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **STEVEN C. SCHROER,** filed October 25, 2012 [doc.# 16].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr Schroer is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Alexsam, Inc..

**IT IS SO ORDERED.**

Signed: October 26, 2012

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge