UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
CIVIL ACTION NO.: 3:12-mc-00155-GCM

| | |
|---|---|
| **ALEXSAM, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**BEST BUY STORES LP; BARNES & NOBLE, INC.; BARNES & NOBLE MARKETING SERVICES CORP.; THE GAP, INC.; DIRECT CONSUMER SERVICES, LLC; HOME DEPOT U.S.A., INC.; HOME DEPOT INCENTIVES, INC.; J.C. PENNY COMPANY, INC.; MCDONALD'S CORPORATION; P2W, INC.; NFP; TOYS "R" US, INC.; and TRU-SVC, LLC;**<br><br>    **Defendants.** | **ORDER** |

    This matter comes before the Court on Plaintiff Alexsam, Inc.'s Unopposed Motion to Seal its reply brief in support of Plaintiff Alexsam, Inc.'s Motion to Compel Document Production from Bank of America Pursuant to Rule 45. Based on the representations to the Court, the consent of counsel for Bank of America, and for good cause shown,

    IT IS ORDERED that Plaintiff Alexsam, Inc.'s Unopposed Motion to Seal is granted, and that Plaintiff Alexsam, Inc. should file its reply brief in support of its Motion to Compel Document Production from Bank of America Pursuant to Rule 45 Subpoena under seal.

Signed: October 26, 2012

Graham C. Mullen
United States District Judge