IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12MC155

| | |
|---|---|
| ALEXSAM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BEST BUY STORES LP, *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court upon Plaintiff Alexsam's Motion to Compel document production from Bank of America pursuant to a Rule 45 subpoena. A hearing was held in this matter on February 13, 2013. For the reasons stated in open Court,

IT IS THEREFORE ORDERED that Alexsam's motion is hereby DENIED and the subpoena issued to Bank of America is hereby quashed.

Signed: February 13, 2013

Graham C. Mullen
United States District Judge